**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1835

_____

UNITED STATES EX REL. PATRICK DONOHUE,

Plaintiff - Appellant,

v.

LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT; SCOTT A. ZIEGLER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-00189-AJT-IDD)

_____

Submitted:  October 12, 2023                    Decided: November 14, 2023

_____

Before THACKER and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Rory J. Bellantoni, David J. Markese, BRAIN INJURY RIGHTS GROUP, New York, New York, for Appellant.  John F. Cafferky, Michael K. Kim, BLANKINGSHIP & KEITH, P.C., Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Relator Patrick Donohue appeals the district court's order granting the motion to dismiss of Appellees Loudoun County Public School District and Scott A. Ziegler pursuant to Federal Rule of Civil Procedure 12(b)(6).  The district court determined that Appellant failed to state a claim under the False Claims Act and Virginia Fraud Against Taxpayers Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court for the reasons stated in its thorough and well reasoned order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court, and oral argument would not aid our decision.

*AFFIRMED*